

# Fourth Court of Appeals
## San Antonio, Texas

July 13, 2015

No. 04-15-00279-CV

Abdul H. **NUBANI**,
Appellant

v.

**COUNTY OF GUADALUPE** and Randall R. Smidt,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 2011-2202-CV
The Honorable William Old, Judge Presiding

# O R D E R

The Appellant's Motion to Extend Order Abating Appellate Deadlines Pending Settlement is GRANTED. The appellate deadlines are abated until July 31, 2015.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of July, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court